DLM

# IN FORMA PAUPERIS AFFIDAVIT

## UNITED STATES DISCTRICT COURT FOR THE STATE OF RHODE ISLAND

David L Cantagallo
v.
Sanford Circuit Adult Probation

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

[redacted] 05 438ML

I, David Cantagallo, being first duly sworn, depose and say that I am the movant in the above entitled case; that in support of a my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed? Yes(✓) No ( )

a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

RIDOC 3.00 per day

b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?

a. Business, profession or form of self-employment? Yes ( ) No (✓)

b. Rent payments, interest or dividends? Yes ( ) No (✓)

c. Pensions, annuities or life insurance payments? Yes ( ) No (✓)

d. Gifts or inheritances? Yes ( ) No (✓)

e. Any other sources? Yes ( ) No (✓)

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in a checking or savings account?

Yes (✓) No ( ) (Include any funds in prison accounts)

If the answer is "yes," state the total value of the items owned.

$ 285.01 ENCUMbered
INMAte ACCounts RIDOC

4. Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ( ) No (✓)

If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penaltyof perjury that the foregoing is true and correct.

Executed on Oct 18 2005
(Date)

[signature]

(Signature)

RESPONSE

1. Have you had the assistance of an attorney, other law-trained personnel, or writ writers since the conviction your petition is attacking was entered?

Yes ____________ No ✓

2. If you checked "yes" above, specify as precisely as you can the period(s) of time during which you received such assistance, up to and including the present.

3. Describe the nature of the assistance, including the names of those who rendered it to you.

4. If your petition is in jeopardy because of delay prejudicial to the state under Rule 9(a), explain why you feel the delay has not been prejudicial and/r why the delay is excusable under the terms of Rule 9(a). This should be done by relying upon FACTS, not your opinions or conclusions.

5. If your petition is in jeopardy under Rule 9(b) because it asserts the same grounds as a previous petition, explain why you feel it deserves a reconsideration. If its fault under Rule 9(b) is that it asserts new grounds which should have been included in a prior petition, explain why you are raising these grounds now rather than previously. Your explanation should rely on FACTS, not your opinions or conclusions.

Executed on Oct 18, 2005
(Date)

[signature]
(Signature)

Rhode Island Department of Corrections

Inmate Statment for 8/31/2005 - 9/30/2005

ID#: 63743

Name: CANTAGALLO, DAVID L

Date of birth: 1958-09-23

Location: MD2 - A - 40

Balances as of 9/30/2005 :

| Available | - Debt | + Encumbered | = Account Balance |
|---|---|---|---|
| 22.93 | 0.00 | 285.01 | 307.94 |

Account activity:

| Date | Transaction Type | Transaction Description | Amount | Resulting Balances: Available | Debt | Encumbered |
|---|---|---|---|---|---|---|
| 9/4/2005 | EPR | OID:100461115-ComisaryPurch-Reg | -6.15 | 0.09 | 0.00 | 261.76 |
| 9/7/2005 | LEGAL COPY | LEGAL COPIES H S 8-05 | 0.40 | 0.09 | 0.40 | 261.76 |
| 9/7/2005 | <LEGAL COPY> | LEGAL COPIES H S 8-05 | -0.09 | 0.00 | 0.31 | 261.76 |
| 9/15/2005 | <LEGAL COPY> | Payment for LEGAL COPY on 2005-09-07-15. | -0.31 | -0.31 | 0.00 | 261.76 |
| 9/15/2005 | PAYROLL MEDII | PORTER | 93.00 | 69.44 | 0.00 | 285.01 |
| 9/20/2005 | EPR | OID:100465715-ComisaryPurch-Reg | -40.31 | 29.13 | 0.00 | 285.01 |
| 9/27/2005 | EPR | OID:100468414-ComisaryPurch-Reg | -6.20 | 22.93 | 0.00 | 285.01 |

Due to computer posting the 'Balances as of 9/30/2005' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.