UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID L. CANTAGALLO,[1] Petitioner, :
v. : CA 05-438 ML
SANFORD CIRCUIT ADULT PROBATION, Respondent. :

**ORDER**
**REQUIRING PETITIONER TO**
**CLARIFY THE RELIEF WHICH HE SEEKS**

On October 24, 2005, this Magistrate Judge issued a Report and Recommendation, recommending that Petitioner's application to proceed in forma pauperis be denied because Petitioner had the ability to pay the $5.00 filing fee required for a habeas corpus action.[2] After the Report and Recommendation was issued, the court noticed that the cover sheet of the Petition identifies the Defendant as "Sanford Circuit Adult Probation[,] Sanford, FL[,] Seminole County," Petition at 1, while the face of the Petition identifies the Respondent as "R.I.D.O.C.," Petition at 3, the Rhode Island Department of Corrections. This circumstance raises a question which was not addressed in the Report and Recommendation, namely whether Petitioner is attempting to challenge the legality of his confinement by the R.I.D.O.C. or attempting to challenge the legality (or validity) of a warrant

[1] Petitioner spells his name in the Petition both as "Cantagallo" and "Cantagaallo."

[2] The Report and Recommendation also noted that it did not appear that Petitioner had exhausted the remedies available to him in the state courts. <u>See</u> Report and Recommendation at 2 note 2. Specifically, Petitioner had not sought to appeal Judge Clifton's July 20, 2005, ruling denying Petitioner's motion to dismiss. <u>See</u> Petition at 5. The court included this notation so that Petitioner would be aware before paying the filing fee that the Petition may be subject to dismissal for failure to exhaust his state remedies.

issued in Florida. If the latter, this court may not have jurisdiction.

The court deems it advisable that the nature of the relief which Petitioner seeks be clarified. **Accordingly, Petitioner is ordered to provide the following information by December 20, 2005:**

1. Are your presently serving a sentence? If yes, state:
   a) the name of the court which imposed the sentence;
   b) the starting date of the sentence; and
   c) the expiration date of the sentence.

2. State briefly the problem for which you seek relief from this court.

3. State the specific relief which you are seeking from this court, i.e., what is it that you want this court to do?

4. Do you contend that your present confinement by the R.I.D.O.C. is unlawful? If yes, state briefly the basis for your contention.

5. Do you contend that the warrant issued by Sanford Circuit Adult Probation is unlawful? If yes, state briefly the basis for your contention.

6. If you are challenging the warrant issued by Sanford Circuit Adult Probation, state briefly the basis for your contention that this court has jurisdiction to rule upon a warrant issued in Florida.

So ordered.

ENTER:

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
December 6, 2005

BY ORDER:

Martha Saucier

Deputy Clerk