UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND



DAVID L. CANTAGALLO,
Petitioner,

v.

SANFORD CIRCUIT ADULT PROBATION,
Respondent,

CA 05-438ML

CLARIFICATION OF RELIEF BEING SOUGHT

1. Presently Serving a 54 month Sentence R.I.D.O.C.

A) Imposed by WASHINGTON County Superior Court.

B) Imposed March 24, 2004 RETRO March 9, 2004.

C) Full Expiration Sept 7, 2008 (Good time date as of Dec 2005 is MAY 5, 2008).

2. FLORIDA Detainer from MAY 20, 1981, ISSUED March 29, 2005.

3. SEEKING TO QUASH, DISMISS.

4. Present Confinement by R.I.D.O.C is lawful. being denied to file for interstate Compact AGreement by R.I.D.O.C because warrant IS A probation violation, IS denying Petitioner his due process.

CA 05-438ML

5. Warrant issued by Sanford Circuit is unlawful on the grounds That,
A.) While being detained by R.I.D.O.C in 1981 for warrant Florida declined to Extridite.
B.) No Efforts were made to execute WARRANT for over 23 years.

6. U.S. DISTRICT Court has the Jurisdiction to rule on dismissal.
Resonable diligence.
United STATES V. Gernie 288 F. Supp 329-

The federal district court found on Statutory grounds that delay in execution of warrant - 14 years - was illegal due to fact that defendant, lived at the Same adress all Them years, was arrested numorous times, and That due process may have been violated.

* At this time Petitioner is in the process (required by 28 U.S.C § 2254) to be heared on motion to dismiss by RHode Superior Court, WASHINGTON COUNTY ON JAN 12, 2006.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID L. CANTAGALLO,[1] Petitioner, :
v. : CA 05-438 ML
SANFORD CIRCUIT ADULT PROBATION, Respondent. :

**ORDER**
**REQUIRING PETITIONER TO**
**CLARIFY THE RELIEF WHICH HE SEEKS**

On October 24, 2005, this Magistrate Judge issued a Report and Recommendation, recommending that Petitioner's application to proceed in forma pauperis be denied because Petitioner had the ability to pay the $5.00 filing fee required for a habeas corpus action.[2] After the Report and Recommendation was issued, the court noticed that the cover sheet of the Petition identifies the Defendant as "Sanford Circuit Adult Probation[,] Sanford, FL[,] Seminole County," Petition at 1, while the face of the Petition identifies the Respondent as "R.I.D.O.C.," Petition at 3, the Rhode Island Department of Corrections. This circumstance raises a question which was not addressed in the Report and Recommendation, namely whether Petitioner is attempting to challenge the legality of his confinement by the R.I.D.O.C. or attempting to challenge the legality (or validity) of a warrant

---

[1] Petitioner spells his name in the Petition both as "Cantagallo" and "Cantagaallo."

[2] The Report and Recommendation also noted that it did not appear that Petitioner had exhausted the remedies available to him in the state courts. See Report and Recommendation at 2 note 2. Specifically, Petitioner had not sought to appeal Judge Clifton's July 20, 2005, ruling denying Petitioner's motion to dismiss. See Petition at 5. The court included this notation so that Petitioner would be aware before paying the filing fee that the Petition may be subject to dismissal for failure to exhaust his state remedies.

SCANNED

4