UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DAVID L. CANTAGALLO

v.                                                                                    CA 05-438 ML

SANFORD CIRCUIT ADULT PROBATION

ORDER

This matter is before the Court on review of a Report and Recommendation issued by Magistrate Judge Martin on October 24, 2005. I have reviewed the Report and Recommendation and adopt it in its entirety. Petitioner is to pay the $5.00 filing fee within 10 days of the date of this order, or the matter will be dismissed without prejudice.

SO ORDERED:

_____
Mary M. Lisi
United States District Judge
January 4 , 2006