UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID L. CANTAGALLO

vs. C.A. No. 05-438ML

SANFORD CIRCUIT ADULT PROBATION

ORDER

On January 4, 2006 an Order was entered notifying the petitioner that the above-captioned case would be dismissed without prejudice within 10 days for failure to pay a filing fee in the amount of $5.00. To date, the filing fee has not been received.

It is now ORDERED that this action is hereby dismissed without prejudice.

SO ORDERED:

Mary M. Lisi
U.S. District Judge
January 31, 2006

Entered as an Order of this Court on January 31, 2006

Deputy Clerk